FILED
2018 Apr-06 PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JORGE LUIS VALDES-VALIE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-02069-VEH-SGC |
| ) | |
| U.S. ATTORNEY GENERAL, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

This case is before the court on Respondent's Motion to Dismiss as Moot, filed April 3, 2018. (Doc. 8). In the motion, Respondent notes Petitioner was released from ICE custody on March 9, 2018, pursuant to an Order of Supervision. (Doc. 8 at 1; *see* Doc. 8-1). Because Petitioner has been released, Respondent contends this case is due to be dismissed as moot.

On December 12, 2017, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to Cuba. (Doc. 1). Because Petitioner has been released on an Order of Supervision, his petition seeking that very relief is moot. *See Nyaga v Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid

mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202-03 (N.D. Ala. 2011).

A separate order will be entered.

**DONE** and **ORDERED** this 6th day of April, 2018.

											_____
											**VIRGINIA EMERSON HOPKINS**
											United States District Judge